JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEVIA, INC., et al., <br><br> Defendants. | Case No. CV 12-8451 FMO (AJWx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment, IT IS HEREBY ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts and against defendant Nevia, Inc., doing business as Commercial Cabinet Company in the amount of $265,755.33 for unpaid contributions, interest, and attorney's fees. The total amount is allocated as follows:

    A. Unpaid contributions in the amount of $197,293.52.

    B. Interest on the unpaid contributions in the amount of $30,457.97.

    C. Statutory interest in the amount of $30,457.97.

    D. Attorney's fees in the amount of $7,545.87.

2. Defendant shall provide plaintiffs monthly compensation reports for the period of January 2012 and April 2012 to the present.

3. Defendant shall pay plaintiffs' costs of litigating this action, which shall be determined after entry of this Judgment.

4. Defendant shall pay post-judgment interest pursuant to 28 U.S.C. § 1961(a).

5. Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 14th day of November, 2013.

/s/
Fernando M. Olguin
United States District Judge