1  VARAND VARTANIAN, Bar No. 265912
   vvartanian@deconsel.com
2  JODI SIEGNER, Bar No. 102884
   jsiegner@deconsel.com
3  DeCARLO & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone:  213/488-4100
   Telecopier: 213/488-4180
6
7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11                          WESTERN DIVISION

12  CARPENTERS SOUTHWEST              ) CASE NO.  CV 12-08451
    ADMINISTRATIVE CORPORATION, a    )           FMO(AJWx
13  California non-profit corporation; and )
    BOARD OF TRUSTEES FOR THE        ) AMENDED JUDGMENT
14  CARPENTERS SOUTHWEST TRUSTS,     )
                                      )
15               Plaintiffs,           )
                                      )
16  v.                                )
                                      )
17  NEVIA, INC., a Nevada corporation, )
    doing business as COMMERCIAL      )
18  CABINET COMPANY, et al.,          )
                                      )
19               Defendants.           )
    _____ )
20

21      It appearing that defendants, NEVIA, INC., a Nevada corporation, doing

22  business as COMMERCIAL CABINET COMPANY, regularly served with

23  process, having failed to plead or otherwise defend this action and their default

24  having been entered; on application of the CARPENTERS SOUTHWEST

25  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE

26  CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered

27  the papers and arguments submitted in support thereof,  and good cause appearing

28  therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST NEVIA, INC., a Nevada corporation, doing business as COMMERCIAL CABINET COMPANY</u>:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $197,293.52 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing dates | 30,457.97 |
| 3. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 30,457.97 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | 7,545.87 |
| **GRAND TOTAL** | | **$265,755.33** |
| 5. | Plus costs to be determined after entry of judgment. | |
| 6. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum. | |

DATED: June 9, 2014

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO & SHANLEY
A Professional Corporation

By: \_\_/s/ Varand Vartanian\_\_\_\_\_
    VARAND VARTANIAN
    Attorney for Plaintiffs

2